ROCKWELL AUTOMATION, INC. f/k/a ROCKWELL AUTOMATION/ ALLEN-BRADLEY CO., LLC, Plaintiff, v. UNITED STATES, Defendant.

Court No. 03–00007

*JUDGMENT*

EATON, Judge: Upon consideration of the parties' response to the court's Opinion and Order of May 7, 2007 (Slip Op. 07–67), it is hereby

ORDERED that the subject merchandise identified on the commercial invoices as "short body timer" model numbers 700–HR52 TA17B; 700–HR52TU243; 700–HRC12TA173; 700–HRC12TU24B; 700– HRM12TU24B and 700–HRM12TA17B is classified under Harmonized Tariff Schedule of the united States ("HTSUS") subheading 8536.49.00; and it is further

---

"[s]ensitised plates ... are *excluded*," *id.* Agfa argues that the Explanatory Note is internally inconsistent because all printing plates today are sensitised and thus, no offset printing plates would be included under heading 8442, HTSUS. (Pl.'s Post-Trial Br. 24.) Agfa's argument is inconsistent with an earlier statement in its brief that "nearly all" and not all printing plates contain a photosensitive layer. (*Id.* at 20.) Further, as discussed above, the record does not show that all printing plates contain a photosensitive layer.

ORDERED that the U.S. Customs and Border Protection shall reliquidate the subject entries reflecting that the above-listed short body timers be classified under HTSUS subheading 8536.49.00 and pay refunds to plaintiff, together with interest as provided by law.